HENRY W. ELLIS, Respondent, *v.* EDWARD E. RICE, Appellant.

(Argued April 22, 1879 ; decided April 25, 1879.)

THIS was an appeal by defendant and by his attorney from an order of General Term, affirming an order of Special Term, which set aside an *ex parte* order vacating a levy under an attachment herein, and which punished the defendant's attorney for alleged misconduct in procuring the order by requiring him to pay the sheriff's costs on attachment, and the costs of motion, and to give an undertaking to pay any judgment obtained by plaintiff. The court held that the order, so far as it vacated the prior *ex parte* order, was discretionary, and so not appealable ; that the facts did not justify the conclusion of misconduct on the part of the attorney, and that there was no foundation in law or fact for the punishment inflicted.

*Samuel Hand* for appellant.

*Rufus W. Peckham* for respondent.

*Per Curiam mem.* for reversal of orders of General and Special Terms, so far as they affect the appellant Valentine, and for dismissal of appeal of defendant.

All concur.

Ordered accordingly.